**Opinion issued April 1, 2014**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-14-00252-CV**

———————————

## IN RE ELIZABETH BEETON AND DON MAFRIGE, Relators

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

On March 27, 2014, relators Elizabeth Beeton and Don Mafrige filed a petition for a writ of mandamus seeking to compel Respondent, the City Secretary of Galveston, to declare James Yarbrough ineligible for the upcoming May 10, 2014 Mayoral election. We **deny** relator's petition for writ of mandamus. All outstanding motions are **dismissed as moot**.

**PER CURIAM**

Panel consists of Justices Keyes, Bland and Brown.